**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

FILED

JAN I 0 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**TEVIN J. BREVARD,**

      Plaintiff,

v.                                                                 Civil Action No. **3:18CV840**

**JENNIFER JIMENEZ,** *et al.,*

      Defendants.

**MEMORANDUM OPINION**

Plaintiff, a Virginia prisoner proceeding *pro se*, brings this 42 U.S.C. § 1983 action. By Memorandum Order entered on November 8, 2019, the Court directed service on Defendant. The summons was returned executed on November 26, 2019, and on December 11, 2019, Defendant Jimenez also proceeding *pro se*, filed an answer. Plaintiff indicated that he was released from incarceration and provided a new address on October 11, 2019. Since that time, the Court has not received any correspondence from Plaintiff. Accordingly, by Memorandum Order entered on December 20, 2019, the Court ordered that, within fourteen (14) days of the date of entry thereof, Plaintiff was directed to notify the Court of his continued interest in litigating this action. The Court warned that if Plaintiff failed to respond within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen days have elapsed since the entry of the December 20, 2019 Memorandum Order and Plaintiff has not contacted the Court to express his continued interest in litigating this action. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

/s/ _____

John A. Gibney, Jr.
United States District Judge

Date: 10 January 2020
Richmond, Virginia